CHRISTINA H. WORDEN, as Administratrix, etc., of FREDERICK B. WORDEN,

Deceased, Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.—Judgment and orders affirmed, with costs. All concur.